**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| R. ESMERIAN, INC., | : | Case No. 10-12719 (RDD) |
| | : | |
| Debtor. | : | |
| | : | |

---------------------------------------------------------- x

## <u>DEBTOR'S LIST OF CREDITORS</u>

I, Ralph Esmerian, president of debtor R. Esmerian, Inc., am filing a list of creditors, including persons and entities who should receive notice, irrespective of whether they are creditors.

### <u>Certification</u>

I declare under penalty of perjury that I have read the following list, and it is complete and accurate to the best of my knowledge, information and belief.

Dated: August 23, 2010

s/ Ralph Esmerian_____
Ralph Esmerian

Accountants Proprietary Financial Servicenet, Inc.
c/o Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

Acorn Capital Group LLC
c/o Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017

American Express
P.O. Box 1270
Newark, NJ 17101-1279

Anne Esmerian
80 Boulevard Arago
Paris, France 75013

Arnold Wolowitz
c/o Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

The Arnold Wolowitz and Carol Wolowitz Foundation, Inc.
c/o Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

Asset Based Resource Group LLC
c/o Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017

Bank of America – Visa
P.O. Box 15019
Wilmington, Del. 19886-5019

Beckman, Lieberman & Barandes LLP
Attn: Robert Barandes, Esq.
116 John Street – Suite 1313
New York, NY 10038

Benjamin Zucker
c/o Precious Stone Company
15 West 47th Street, Room 907
New York, NY  10036

Breakaway Courier
335 West 35th Street
New York, NY  10001

Brinks
Attn:  Rose
P.O. Box  651696
Charlotte, N.C.  28265-1696

Calabash Associates LLC
c/o Rattet Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528

Carol Wolowitz
c/o Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

Carvin French Inc.
Attn:  Mr. Andre Cervin
515 Madison Avenue Suite 1605
New York, NY 10022

Chase Card Services
Attn:  Michael Anthony
P.O. Box 15153
Wilmington, Del. 19885-5153

Christie's Inc.
c/o Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Cynthia King Vance
136 East 79th Street
New York, NY  10021

Cynthia King Vance
c/o Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005

Davidoff Malito & Hutcher LLP
Attn: David Wander, Esq.
605 Third Avenue
New York, NY 10158

Edward King
853 Pueblo Drive
Franklin Lakes, NJ  07414

Eric Esmerian
80 Boulevard Arago
Paris, France 75013

Ferrari Express Inc.
215 Mill Street
Lawrence, NY 11159

Fine Jewels Associates
610 Fifth Avenue, Suite 414
New York, NY  10020

FLHI Liquidation Trust
c/o Levi Lubarsky & Feingenbaum LLP
1185 Avenue of the Americas, 17th Fl.
New York, NY 10036

Frederick King
853 Pueblo Drive
Franklin Lakes, NJ  07414

G. Torroni S.A.
c/o Rattet Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528

Garvey Schubert Barer
Attn: Andrew J. Goodman, Esq.
100 Wall Street, 20th Floor
New York, NY 10005

G.I.A. Gem Trade Laboratory
580 Fifth Avenue
New York, NY 10036

Guiseppe Torroni
c/o Rattet Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528

HGL Management, LLC
c/o Rattet Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528

Homer International
Attn: Hing Tak Chen
54 West 48th Street Suite 805
New York, NY 10036

Internal Revenue Service
P.O. Box 21116
Philadelphia, PA 19114

Jerry Blickman, Inc.
c/o Rattet Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528

Jeweled Objects LLC
c/o Alter, Goldman & Brescia LLP
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528

Jill Hoberman
c/o Rattet Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528

Joel Boyarsky
c/o Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

John M. Ullmann Inc.
Attn: John Ullmann
589 Fifth Avenue
New York, NY 10017

Josef Chai Corp.
Attn: Josef Chai
36 West 47th Street
New York, NY 10036

Knight Jewels, LLC
c/o Beckman, Lieberman & Barandes LLP
116 John Street, Suite 1313
New York, NY 10038

LBV Retirement Plan
c/o Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

Mace Blickman
c/o Rattet Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528

Manak Jewels
Attn: Ugandra
101 Utah Street #207
San Francisco, CA 94103

Merrill Lynch Mortgage Capital Inc.
c/o Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Mitchel May
c/o Beckman, Lieberman & Barandes LLP
116 John Street, Suite 1313
New York, NY 10038

Mutual Central Alarm Services, Inc.
10 West 48th Street Executive Charge Inc.
1440 39th Street
Brooklyn, NY 11218

Northlight Fund, L.P.
c/o Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Attn: Legal Affairs – Devora Cohn
Brooklyn, NY 11201

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

The Pamela B. Blattner Living Trust
c/o Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569

Parking Violations Bureau
210 Joralemon Avenue
Brooklyn, NY 11201

Peter G. Eikenberry
74 Trinity Place, Suite 1609
New York, NY 10006

Peter G. Eikenberry
c/o Fox Rothschild
100 Park Avenue, 15th Floor
New York, NY 10007

Philip King
853 Pueblo Drive
Franklin Lakes, NJ 07414

Pierre Esmerian
80 Boulevard Arago
Paris, France 75013

Precious Stone Company
15 West 47th Street, Room 907
New York, NY 10036

Ralph Esmerian
c/o Becker, Glynn, Melamed & Muffly LLP
Attn: Alec P. Ostrow
299 Park Avenue
New York, New York 10171

RCPI Landmark Properties
Attn: David Berk
P.O. Box  33173
Newark, N.J.  07173-3173

Richard E. O'Connell, Trustee of Niraj Chaturvedi
c/o Avrum J. Rosen, PLLC
38 New Street
Huntington, NY 11743

Robert Hoberman
c/o Rattet Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528
Sanford P. Rosen & Associates, P.C.
747 Third Avenue 3rd Floor
New York, NY 10017

Schiff Hardin LLP
Attn: Patricia Pileggi, Esq.
900 Third Avenue, 23rd Floor
New York, NY 10022

Security Exchange Commission
Northeast Regional
233 Broadway – John Murray
New York, NY 10279

Sotheby's
Attn: Jonathan Olsoff, Esq.
1334 York Avenue
New York, NY 10021

Stewardship Credit Arbitrage Fund, LLC
c/o Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017

Stewardship Credit Arbitrage Fund, Ltd.
c/o Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017

T. Mobile
P.O. Box 790047
St. Louis, MO 63179-0047

United States Attorney
One St. Andrew's Plaza
Claims Unit – Room 417
New York, NY 10007

U.S. Bank National Association
60 Livingston Ave. EP-MN-W530
St. Paul, MN 55107

Vassal Jewels, LLC
c/o Beckman, Lieberman & Barandes LLP
116 John Street, Suite 1313
New York, NY 10038

Wells Fargo Insurance Services
Attn:  Michael Fishman
330 Madison Avenue 7th Floor
New York, NY 10017