```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
In re                              :    Case No. 10-12719 (RDD)

R. ESMERIAN, INC.,                 :    Chapter 7

                    Debtor.        :

-----------------------------------X
```

## APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

Tracy Hope Davis, the United States Trustee for the Southern District of New York, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of R. Esmerian, Inc.:

1. Merrill Lynch Mortgage Capital Inc.
   335 Madison Avenue, 5th Floor
   New York, New York
   Att: Stephen J. Quine
   Tel: 212-449-1000
   Fax: 646-556-0023
   E-Mail: stephen.quine@bankofamerica.com

2. FLHI Liquidation Trust
   By Its Trustee, CCV Restructuring LLC
   12 Upper Mountain Avenue
   Montclair, NJ 07042
   Att: Maureen A. Donahoe
   Tel: 973-509-9617
   E-Mail: madonahoe@gmail.com

3. Nigel Chatterjee, As Joint Liquidator
   For Stewardship Credit Arbitrage Fund, Ltd.
   c/o Price Waterhouse Coopers
   Dorchester House
   7 Church Street
   Hamilton, HM EX, Bermuda
   Tel: 441-299-7123
   Fax: 441-295-1242
   E-Mail: nigel.chatterjee@bm.pwc.com

4.  Joel Boyarsky
    211 Broadway
    Suite 300
    Lynbrook, New York  11563
    Tel:  516-887-4433
    Fax:  516-887-1470
    E-Mail:  jboyarsky@improvedfunding.com

5.  Christie's Inc.
    20 Rockefeller Plaza
    New York, New York  10020
    Att:  Sandra Cobden
    Tel:  212-484-4889
    E-Mail:  scobden@christies.com


Dated:   New York, New York
         October 27, 2010

                                        TRACY HOPE DAVIS
                                        UNITED STATES TRUSTEE

                                 By:    /s/ Serene K. Nakano
                                        SERENE K. NAKANO
                                        Trial Attorney
                                        33 Whitehall Street, 21st Floor
                                        New York, New York 10004
                                        (212) 510-0505